FILED

12/08/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 21-0553

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. OP 21-0553

WESLEY W. CHARLO,

Petitioner,

v.

T.J. MCDERMOTT, Sheriff,
MISSOULA COUNTY DETENTION CENTER,

Respondents.

**ORDER**

Upon consideration of Respondent's motion for a 30-day extension of time, and good cause appearing therefor, Respondents are granted an extension of time to and including January 11, 2022, within which to prepare, serve, and file its response.

RB

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 8 2021